**Robert Holland KOON, a/k/a Robert
Koon, a/k/a Robert H. Koon,
Plaintiff–Appellant,**

v.

**Jean TOAL, Chief Judicial Officer of
South Carolina, in her official capacity; Alan Wilson, Chief Solicitor of
South Carolina, in his official capacity, Defendants–Appellees.**

No. 15–7836.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2016.

Decided: March 2, 2016.

Robert Holland Koon, Appellant Pro Se.

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Holland Koon appeals the district court's order accepting the recom-

mendation of the magistrate judge and dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Koon's motion for appointment of counsel and dismiss the appeal for the reasons stated by the district court. *Koon v. Toal,* No. 4:15–cv–02944–DCN, 2015 WL 6501087 (D.S.C. Oct. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*